United States District Court
Southern District of Texas
**ENTERED**
April 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Edith Salmeron, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | Civil Action No. H-23-2266 |
| Alliance for Multicultural Community § | |
| Services, § | |
| § | |
| Defendant. § | |

# ORDER

Having reviewed the Magistrate Judge's Memorandum and Recommendation (docket no. 35) dated March 14, 2025, and no party having filed objections thereto, the Court is of the opinion that the Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff Edith Salmeron's Motion for Default Judgment (docket no. 34) is **GRANTED** against Defendant, Alliance for Multicultural Community Services.

The Court will issue a separate Final Default Judgment.

**SIGNED** at Houston, Texas, on this the 3rd day of April, 2025

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE