Case 4:23-cv-02266   Document 38   Filed on 04/03/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDITH SALMERON, on Behalf of Herself and on Behalf of All Others Similarly Situated, § § § § Plaintiff, § § V. § § ALLIANCE FOR MULTICULTURAL COMMUNITY SERVICES, § § § § Defendant. | CIVIL ACTION NO. : 4:23-cv-2266 |

## FINAL DEFAULT JUDGMENT

On this day came to be considered Plaintiff's Motion for Default Judgment. The Court finds that Plaintiff has shown her entitlement to damages in the amount of $8,354.22 in unpaid overtime and $8,354.22 in liquidated damages.

The Court further approves Plaintiff request to recover $25,500 in attorneys' fees. The Court finds that the 51 hours of attorney time charged and the hourly rate of $500 to be reasonable for Plaintiffs' counsel.

The Court also approves the recovery of $2,371.20 in litigation costs for the filing fee, cost of service process, and transcript costs..

THEREFORE, IT IS ORDERED that judgment is entered against Defendant Alliance for Multicultural Community Services in favor of Plaintiff Edith Salmeron in the total amount of $44,579.64. Post-judgment interest at a rate of 4.09% is to apply to the entire amount of each award from the date of this judgment and will accrue until said judgment is satisfied.

**THIS IS A FINAL JUDGMENT.**

All relief not granted herein is denied.

SIGNED at Houston, Texas this 3rd day of April, 2025.

SIM LAKE
UNITED STATES DISTRICT JUDGE